**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAIKEL NAVA PEROZO,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| **v.** | : | **NO. 26-7459** |
| **JAMISON, *et al.*,** | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 5th day of October, 2026, upon consideration of Petitioner's Notice of Voluntary Dismissal of Petition for Habeas Corpus (ECF No. 5), the Clerk of Court is directed to mark this case closed.

BY THE COURT:

Hon. Mia R. Perez